**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

| | |
|---|---|
| JULIE A. SMITH, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02340-CM-KGS |
| | ) |
| KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) |
| | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

**ENTRY OF APPEARANCE**

COME NOW Alexander Edelman and enters his appearance on behalf of Plaintiff and Counterclaim Defendant Julie A. Smith as co-counsel to Sarah Liesen. Ms. Liesen shall remain lead counsel of record on this matter.

    Respectfully submitted,

    By: /s/ *Alexander Edelman*
    Alexander Edelman,    #KS - 25821
    Sarah Liesen,    #KS- 26988
    Edelman, Liesen & Myers, L.L.P.
    4051 Broadway, Suite 4
    Kansas City, MO 64111
    816-533-4976
    Fax: 816-463-8449
    aedelman@elmlawkc.com
    sliesen@elmlawkc.com

    **ATTORNEYS FOR PLAINTIFF /
    COUNTERCLAIM DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2018, a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Thomas V. Murray
Tammy M. Somogye
10851 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
Telephone: 913-451-5100
Facsimile: 913-451-0875
Email: tmurray@lathropgage.com
tsomogye@lathropgage.com

and

Amanda Sisney
23645 Grand Boulevard
Kansas City, Missouri 64108-2618
Telephone: 816-292-2000
Facsimile: 816-292-2001
Email: asisney@lathropgage.com

**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF
KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM**

By:  /s/ *Alexander Edelman*
     ALEXANDER EDELMAN
     ATTORNEY FOR PLAINTIFF