### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| JULIE A. SMITH | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02340-CM-KGS |
| | ) |
| KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) |
| | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

### MOTION TO DISMISS FOR FAILRUE TO STATE A CLAIM
### UPON WHICH RELIEF CAN BE GRANTED

COME NOW Plaintiff and Counterclaim Defendant Julie A. Smith (hereinafter "Plaintiff"), by and through her undersigned attorney, for her Motion to Dismiss Defendant and Counterclaim Plaintiff Kansas Public Employees Retirement System's (hereinafter "KPERS") Counterclaim, for failure to state a claim for which relief can be granted and for lack of subject matter jurisdiction, and states as follows:

1. On June 25, 2018, Plaintiff filed her Complaint. (Doc. 1).

2. On August 24, 2018, KPERS filed its Answer and Counterclaim. (Doc. 3).

3. KPERS's Counterclaim is only four paragraphs long, contains no jurisdictional statement, and does not identify the cause of action upon which it is based. (Answer and Counterclaim, Doc. 3 at 18-19).

4. From the content, it appears that KPERS is attempting to plead a claim of breach of contract.

5. KPERS's Counterclaim fails to adequately plead any claim under Kansas or federal law.

WHEREFORE, Plaintiff humbly requests this Court enter an Order dismissing KPERS's Counterclaim, and for any further relief which this Court deems just and proper.

Respectfully submitted,

By: /s/ *Alexander Edelman*
Alexander Edelman,          #KS - 25821
Sarah Liesen,               #KS- 26988
Edelman, Liesen & Myers, L.L.P.
4051 Broadway, Suite 4
Kansas City, MO 64111
816-533-4976
Fax: 816-463-8449
sliesen@elmlawkc.com

**ATTORNEYS FOR PLAINTIFF / COUNTERCLAIM DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2018, a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Thomas V. Murray
Tammy M. Somogye
10851 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
Telephone: 913-451-5100
Facsimile: 913-451-0875
Email: tmurray@lathropgage.com
tsomogye@lathropgage.com

and

Amanda Sisney
23645 Grand Boulevard
Kansas City, Missouri 64108-2618
Telephone: 816-292-2000
Facsimile: 816-292-2001
Email: asisney@lathropgage.com

**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF
KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM**

By:  /s/ *Alexander Edelman*
   ALEXANDER EDELMAN
   ATTORNEY FOR PLAINTIFF