### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| JULIE A. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:18-cv-02340-CM-KGS |
| | ) |
| KANSAS PUBLIC EMPLOYEES | ) |
| RETIREMENT SYSTEM, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL

Amanda E. Sisney hereby notifies the Court and counsel of her withdrawal as counsel of record for Defendant Kansas Public Employees Retirement System in the above-captioned case. Defendant continues to be represented by Tammy M. Somogye and Thomas V. Murray of Lathrop Gage, who have already entered their appearances as counsel of record.

Respectfully submitted,

LATHROP GAGE LLP

 /s/ Amanda E. Sisney
Thomas V. Murray – KS Bar # 7591
Tammy M. Somogye – KS Bar #18210
10851 Mastin Boulevard, Suite 1000
Overland Park, Kansas  66210
Telephone:  913-451-5100
Facsimile:  913-451-0875
Email:  tmurray@lathropgage.com
         tsomogye@lathropgage.com
And
Amanda Sisney – KS Bar #25866
23645 Grand Boulevard
Kansas City, Missouri  64108-2618
Telephone:  816-292-2000
Facsimile:  816-292-2001
Email:  asisney@lathropgage.com
ATTORNEYS FOR DEFENDANT KANSAS PUBLIC
EMPLOYEES RETIREMENT SYSTEM

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 24th day of September, 2018, which will send a notice of electronic filing to the following:

Sarah C. Liesen, Esq.
EDELMAN, LIESEN & MYERS, LLP
4051 Broadway, Suite 4
Kansas City, Missouri  64111
sliesen@elmlawkc.com

ATTORNEY FOR PLAINTIFF JULIE A. SMITH

                                      */s/ Amanda S. Sisney*
                                      ATTORNEY FOR DEFENDANT KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM

2