**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

JULIE A. SMITH,                              )
                                             )
    Plaintiff/Counterclaim Defendant,    )
                                             )   Case No. 2:18-cv-02340-CM-KGS
v.                                           )
                                             )
KANSAS PUBLIC EMPLOYEES                       )
RETIREMENT SYSTEM,                           )
                                             )
    Defendant/Counterclaim Plaintiff.    )

## <u>CERTIFICATE OF SERVICE</u>

Defendant Kansas Public Employees Retirement System notifies the Court that on the

1st day of November 2018, it served responsive documents to *Defendant's Initial Rule 26(a)(1)*

*Disclosures,* served to Plaintiff on October 22, 2018, via an email from our secure file site with a

link to access the documents, identified with Bates Nos. KPERS000001–KPERS000526, to the

following counsel of record:

    Sarah C. Liesen, Esq.
    Alexander Edelman, Esq.
    EDELMAN, LIESEN & MYERS, LLP
    4051 Broadway, Suite 4
    Kansas City, Missouri  64111
    sliesen@elmlawkc.com
    aedelman@elmlawkc.com

    ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

**LATHROP GAGE LLP**

By:   */s/ Tammy M. Somogye*
        Thomas V. Murray – KS Bar No. 7591
        Tammy M. Somogye – KS Bar No. 18210
        10851 Mastin Boulevard
        Building 82, Suite 1000
        Overland Park, Kansas  66210-1669
        Telephone:  (913) 451-5106
        Facsimile:  (913) 451-0875
        tmurray@lathropgage.com
        tsomogye @lathropgage.com

ATTORNEYS FOR DEFENDANT KANSAS PUBLIC
EMPLOYEES RETIREMENT SYSTEM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 1st day of November 2018, which will send a notice of electronic filing to the following:

Sarah C. Liesen, Esq.
Alexander Edelman, Esq.
EDELMAN, LIESEN & MYERS, LLP
4051 Broadway, Suite 4
Kansas City, Missouri  64111
sliesen@elmlawkc.com
aedelman@elmlawkc.com

ATTORNEY FOR PLAINTIFF JULIE A. SMITH

        */s/ Tammy M. Somogye*
        ATTORNEY FOR DEFENDANT