# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **JULIE A. SMITH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **Case No. 2:18-cv-02340-CM-KGS** |
| **v.** | ) |
| | ) |
| **KANSAS PUBLIC EMPLOYEES** | ) |
| **RETIREMENT SYSTEM,** | ) |
| | ) |
|    **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that *Plaintiff's Supplemental Documents* were served via electronic mail on February 11, 2019 upon:

>Thomas V. Murray
>Tammy M. Somogye
>10851 Mastin Boulevard, Suite 1000
>Overland Park, Kansas 66210
>Telephone: 913-451-5100
>Facsimile: 913-451-0875
>tmurray@lathropgage.com
>tsomogye@lathropgage.com
>ATTORNEYS FOR DEFENDANT

>Respectfully Submitted,
>
>EDELMAN, LIESEN & MYERS, L.L.P.
>
>/s/ Sarah C. Liesen
>Sarah C. Liesen       KS #26988
>sliesen@elmlawkc.com
>4051 Broadway, Ste 4
>Kansas City, Missouri 64111
>Telephone: (816) 301-4056
>Facsimile: (816) 463-8449
>ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 11th day of February, 2019, the foregoing was filed with through the Court's electronic filing system, which electronically notifies all counsel of record.

**/s Sarah C. Liesen**
Attorney for Plaintiff