# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| JULIE A. SMITH, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) Case No. 2:18-cv-02340-CM-KGS |
| v. | ) |
| | ) |
| KANSAS PUBLIC EMPLOYEES | ) |
| RETIREMENT SYSTEM, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

## JOINT MOTION TO AMEND
## SCHEDULING ORDER & SUGGESTIONS IN SUPPORT

Plaintiff, Julie A. Smith and Defendant, Kansas Public Employees Retirement System ("KPERS"), hereby request the Court to amend the Scheduling Order to extend the deadline for completion of Independent Medical Examinations, designation of Defendant's experts and Plaintiff's rebuttal experts, mediation and completion of discovery.

### I.      PLAINTIFF'S CLAIMS AND PERTINENT FACTS.

Plaintiff has brought claims alleging discrimination in violation of the Americans with Disabilities Act ("ADA") and Age Discrimination in Employment Act ("ADEA") and retaliation in violation of the ADA, ADEA and Family and Medical Leave Act ("FMLA"). The parties have been diligently working through discovery disputes (including consulting informally with the Court on January 15, 2019), but cannot resolve some issues without Court intervention. Specifically, a ruling on Plaintiff's Motions to Quash KPERS's Subpoenas and for Protective Order (Doc. 27)[1] is needed before several tasks can be completed. The records at issue in the

---

[1] Plaintiff disclosed an additional physician to KPERS January 22. On February 5, after providing notice to Plaintiff's counsel, KPERS served a subpoena on that physician. On February 7, 2019, Plaintiff filed a Motion to Quash and for Protective Order (Doc. 46) regarding this subpoena. Although the Motion is not fully briefed, it is largely similar to the Motion that is fully briefed (Doc. 27) and KPERS believes the arguments in response to Doc. 27 apply equally to Doc. 46.

Motion to Quash have a direct bearing on whether KPERS can, in good faith, request that Plaintiff submit to an Independent Medical Examination, whether KPERS will designate an expert and when Plaintiff's deposition and the mediation will be conducted.  The current deadlines for these tasks are as follows:

    February 15, 2019 – Completion of IME

    February 22, 2019 – Defendant's Expert Designation

    February 28, 2019 – Completion of Mediation

    March 8, 2019 – Plaintiff's Rebuttal Expert Designation

    April 30, 2019 – Completion of Discovery.

## II.    EXTENSION OF THE DEADLINES IS JUSTIFIED.

Despite significant effort, the parties are unable to comply with the current deadlines without the Court's ruling on the pending Motions to Quash.  Defendant reiterates that given the claims at issue, it cannot take Plaintiff's deposition without first reviewing Plaintiff's records.  The parties agree that after the ruling is issued, time will be needed for the third parties to produce the records (which sometimes can take up to 30 days, depending upon the type and volume of records to be produced) and for counsel to digest them, discuss whether an IME is appropriate, make decisions concerning experts, prepare for Plaintiff's deposition and participate in mediation.  Accordingly, the parties jointly request that the Court hold the above-referenced deadlines in abeyance until such time as the Court rules on the Motions to Quash (Doc. 27 and 46) and at that time establish deadlines that will allow the parties sufficient time to complete the tasks at issue.

Respectfully submitted,

**LATHROP GAGE LLP**

By: */s/ Tammy M. Somogye*
    Thomas V. Murray – KS Bar No. 7591
    Tammy M. Somogye – KS Bar No. 18210
    10851 Mastin Boulevard
    Building 82, Suite 1000
    Overland Park, Kansas 66210-1669
    Telephone: (913) 451-5106
    Facsimile: (913) 451-0875
    tmurray@lathropgage.com
    tsomogye@lathropgage.com

ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM

**EDELMAN, LIESEN & MYERS, LLP**

By: */s/ Sarah C. Liesen*
    Sarah C. Liesen – KS Bar No. 26988
    Alexander Edelman – KS Bar No. 25821
    208 W. Linwood Boulevard
    Kansas City, Missouri 64111
    Telephone: (816) 533-4976
    Facsimile: (816) 463-8449
    sliesen@elmlawkc.com
    aedelman@elmlawkc.com

ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANT JULIE A. SMITH