**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JULIE A. SMITH,                                    )
                                                   )
                          Plaintiff,               )
                                                   )
          v.                                       )          Case No. 18-cv-2340-CM-KGS
                                                   )
KANSAS PUBLIC EMPLOYEES                            )
RETIREMENT SYSTEM,                                 )
                                                   )
                          Defendant.               )

## ORDER

This matter comes before the court on the parties' Joint Motion to Amend Scheduling Order and Suggestions in Support (ECF No. 50). At the present time, the parties have multiple pending motions before the undersigned, including Plaintiff's Motion for Leave to Amend Complaint (ECF No. 22), Plaintiff's Motion to Quash Subpoenas (ECF No. 27), and Plaintiff's Motion to Quash Subpoena (ECF No. 46). While the court will resolve these issues as quickly as reasonable, the court recognizes certain deadlines will need to be amended. To better facilitate case management, the court temporarily suspends the independent medical exam deadline, the parties' expert disclosure deadlines, and the mediation deadline. The court will reset these deadlines once the court issues orders on the plaintiff's motions to quash subpoenas.

**IT IS SO ORDERED.**

Dated February 15, 2019, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge