## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| JULIE A. SMITH, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | Case No. 2:18-cv-02340-CM-ADM |
| v. ) | |
| ) | |
| KANSAS PUBLIC EMPLOYEES ) | |
| RETIREMENT SYSTEM, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

### NOTICE OF VIDEOTAPED DEPOSITION OF JULIE A. SMITH

PLEASE TAKE NOTICE that counsel for Defendant/Counterclaim Plaintiff, Kansas Public Employees Retirement System ("KPERS"), will take the deposition of Plaintiff/Counterclaim Defendant, Julie A. Smith, on Tuesday, July 23, 2019, commencing at 9:00 a.m., at the offices of Edelman, Liesen & Myers, LLP, 208 W. Linwood Boulevard, Kansas City, Missouri 64111, and the taking of such deposition, if not completed that day, will be continued from day-to-day at the same place until completed. The deposition will be recorded by videotape by a qualified videographer and by stenographic means by a qualified court reporter.

30548852v.1

Respectfully submitted,

**LATHROP GAGE LLP**

By: */s/ Tammy M. Somogye*
Thomas V. Murray – KS Bar No. 7591
Tammy M. Somogye – KS Bar No. 18210
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas  66210-1669
Telephone:  (913) 451-5106
Facsimile:  (913) 451-0875
tmurray@lathropgage.com
tsomogye@lathropgage.com

ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was electronically filed with the Court this 10th day of July, 2019, which will send a notice of electronic filing to the following:

Sarah C. Liesen, Esq.
Alexander Edelman, Esq.
EDELMAN, LIESEN & MYERS, LLP
208 W. Linwood Boulevard
Kansas City, Missouri  64111
sliesen@elmlawkc.com
aedelman@elmlawkc.com

ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT

/s/ *Tammy M. Somogye*
ATTORNEY FOR DEFENDANT/COUNTERCLAIM DEFENDANT

30548852v.1