# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| JULIE A. SMITH, | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) Case No. 2:18-cv-02340-CM |
| KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, | ) ) ) ) |
|     Defendant/Counterclaim Plaintiff. | ) ) |

## MOTION TO EXCEED PAGE LIMIT

COME NOW Plaintiff and Counterclaim Defendant Julie A. Smith (hereinafter "Plaintiff"), by and through her undersigned attorney, for her Motion to Exceed Page Limit in her Memorandum in Opposition to Defendant and Counterclaim Plaintiff Kansas Public Employees Retirement System's (hereinafter "KPERS") Motion for Summary Judgment, and states as follows:

1. This Complaint arises from Plaintiff's former employment with KPERS; Plaintiff alleges that she was subjected to discrimination, harassment, and retaliation in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA"), as amended, the Age Discrimination in Employment Act 29 U.S.C. § 621 *et seq.* ("ADEA"), as amended, and the Family and Medical Leave Act, 29 U.S.C. § 2611 *et seq.* ("FMLA"). (*See* First Amended Complaint, Doc. 64).

2. On November 13, 2019, KPERS filed its Motion for Summary Judgment (Doc. 120) and Memorandum in Support thereof. (Doc. 121).

3. KPERS's Motion and Suggestions raise seven (7) separate arguments for why it is entitled to summary judgment: (1) that it has sovereign immunity and cannot be sued (Doc. 121

at 41-42); (2) that Plaintiff has released some of her claims (*Id.* at 43-46); (3) that Plaintiff's claim of age discrimination under the ADEA fails as a matter of law; (*Id.* at 46-52) (4) that Plaintiff's claim of retaliation under the ADEA fails as a matter of law (*Id.* at 52-54); (5) that KPERS is entitled to summary judgment on Plaintiff's ADA discrimination claim (*Id.* at 54-61); (6) that KPERS is entitled to summary judgment on Plaintiff's ADA retaliation claim (*Id.* at 61-68); and (7) that KPERS is entitled to summary judgment on Plaintiff's FMLA retaliation claim (*Id.*).

4. In total, KPERS's "Arguments and Authorities" section is about twenty-seven (27) pages long. (Doc. 121 at 41-68)

5. Some of KPERS's arguments are presented very briefly; for example, its section on sovereign immunity takes less than two (2) pages, containing no citation to any facts. (Doc. 121 at 41-42)

6. In order to fully brief the issue of sovereign immunity (including the issue of waiver, not even mentioned by KPERS), Plaintiff has needed more than ten (10) pages.

7. Plaintiff has made (and continues to make) every effort to keep the Arguments and Authorities section of her Memorandum as succinct as possible.

8. Nevertheless, it has been impossible to keep the Memorandum to thirty (30) pages.

9. The local rules of this District state that "[t]he arguments and authorities section of briefs or memoranda must not exceed 30 pages absent a court order." D. Kan. Rule 7.1(e).

10. Plaintiff seeks an order of this Court permitting her to file a memorandum that exceeds such page limit.

- 3 -

11. Plaintiff's counsel have been working on her Memorandum in Opposition consistently since KPERS's motion was filed.

12. However, they initially focused on responding the KPERS's Statement of Material Facts and their own Additional Material Facts.

13. As a result, they have only now come to realize that they will be unable to limit their brief to thirty (30) pages.

14. If the Court grants this Order, counsel for Plaintiff will continue to make every effort to limit the length of their Memorandum as much as possible.

15. Plaintiff will not object to or oppose KPERS's reply exceeding thirty (30) pages to adequately respond.

WHEREFORE, Plaintiff humbly requests this Court enter an Order permitting Plaintiff to file a brief whose arguments and authorities section exceeds thirty (30) pages.

Respectfully submitted,

By: /s/ *Alexander Edelman*
Alexander Edelman,        #KS - 25821
Sarah Liesen,              #KS- 26988
Edelman, Liesen & Myers, L.L.P.
208 W. Linwood Blvd.
Kansas City, MO 64111
816-533-4976
Fax: 816-463-8449
aedelman@elmlawkc.com
sliesen@elmlawkc.com

**ATTORNEYS FOR PLAINTIFF / COUNTERCLAIM DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of December, 2019, a true and correct copy of the foregoing was filed with the CM/ECF system which sent notification to:

Thomas V. Murray
Tammy M. Somogye
10851 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
Telephone: 913-451-5100
Facsimile: 913-451-0875
Email: tmurray@lathropgage.com
tsomogye@lathropgage.com


**ATTORNEYS FOR DEFENDANT/COUNTERCLAIM PLAINTIFF
KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM**

                                          By:  /s/ *Alexander Edelman*
                                                  ALEXANDER EDELMAN
                                                  ATTORNEY FOR PLAINTIFF