# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| JULIE A. SMITH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM,<br><br>　　　　Defendant. | Case No. 2:18-CV-02340-HLT |

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

　　　Pursuant to the Memorandum and Order (Doc. 154), judgment is entered in favor of Defendant Kansas Public Employees Retirement System against Plaintiff Julie A. Smith and this action is dismissed without prejudice.

　　　IT IS SO ORDERED.

　　　Dated:  March 26, 2020　　　　　　　　　　TIMOTHY M. O'BRIEN
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　by: */s/ Misty D. Deaton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk